1  GREGORY A. KRAEMER, ESQ.
   Nevada Bar No.: 010911
2  MORGAN & MORGAN, P.A.
   400 S. Street, Suite 500
3  Las Vegas, Nevada 89101
4  (689) 285-6961
   gkraemer@forthepeople.com
5  *Attorney for Plaintiff*

6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD L. WILLEY, JR., | Case No.: 2:24-cv-00467-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT BAYERISCHE MOTOREN WERKE AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| BMW OF NORTH AMERICA, LLC, BAYERISCHE MOTOREN WERKE AG, and WUTHRICH BMW LLC, | |
| Defendants. | **(First Request)** |

The parties, through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, hereby stipulate to a fourteen-day extension of time for Plaintiff to respond to Defendant Bayerische Motoren Werke AG's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 19), filed on March 19, 2024. Plaintiff's current deadline to respond is April 2, 2024. The parties therefore stipulate to extend the response deadline to April 16, 2024. This is the first request to extend this deadline. There is currently no hearing scheduled on this motion.

This is a complex product liability action arising out of injuries Plaintiff alleges he suffered while driving a 2001 BMW 325Ci. Through the instant lawsuit, Plaintiff sues Defendant, Bayerische Motoren Werke AG ("BMW AG"), for its role in allegedly designing, manufacturing, and producing the subject BMW vehicle in a defective condition. On March 19,

2024, BMW AG appeared in this case and filed a motion to dismiss for lack of personal jurisdiction. (ECF No. 19.) Plaintiff needs additional time to marshal jurisdictional evidence to oppose BMW AG's motion and to prepare his response brief. The parties therefore stipulate to a fourteen-day extension—or until April 16, 2024—for Plaintiff to respond to the motion.

**IT IS THEREFORE STIPULATED AND AGREED** that Plaintiff, RICHARD L. WILLEY, JR., shall have until April 16, 2024 to respond to Defendant Bayerische Motoren Werke AG's Motion to Dismiss for Lack of Personal Jurisdiction. Defendant Bayerische Motoren Werke AG shall then have until April 30, 2024 to file its reply.

Dated: March 25, 2024

/s/ *Gregory A. Kraemer*
GREGORY A. KRAEMER, ESQ.
Nevada Bar No.: 010911
MORGAN & MORGAN, P.A.
400 S. Street, Suite 500
Las Vegas, Nevada 89101
(689) 285-6961
gkraemer@forthepeople.com
*Attorney for Plaintiff*

/s/ *Thomas P. Branigan*
Mario D. Valencia
Nevada Bar No. 6154
40 South Stephanie Street, Suite 201
Henderson, NV 89012
(702) 384-7494

Thomas P. Branigan (*pro hac vice*)
Matthew G. Berard (*pro hac vice*)
Matin Fallahi (*pro hac vice*)
Bowman and Brooke LLP
101 West Big Beaver Road, Suite 1100
Troy, MI 48084 (248) 205-3348

*Attorneys for BMW of North America, LLC and Bayerische Motoren Werke AG*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 26, 2024